# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Alston, Christopher M. | U.S. Bankruptcy Court, Western District of Washington | 05/14/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2018<br>**to**<br>12/31/2018 |

**7. Chambers or Office Address**

700 Stewart Street, Suite 6301
Seattle, WA 98101

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | Center for Children and Youth Justice |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Alston, Christopher M.** | 05/14/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bar Association-Business Law Section | April 12-14, 2018 | Orlando, FL | Business Bankruptcy Committee meeting | Transportation, meals, hotel, registration |
| 2. | American Bar Association-Business Law Section | September 12-15, 2018 | Austin, TX | Business Law Section Annual Meeting | Transportation, meals, hotel, registration |
| 3. | American Bar Association-Business Law Section | October 27-31, 2018 | San Antonio, TX | Business Bankruptcy Committee meeting | Meals, hotel, registration |
| 4. | National Conference of Bankruptcy Judges | October 27-31, 2018 | San Antonio, TX | Attend judges conference | Hotel, transportation |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Alston, Christopher M.** | 05/14/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. American Express | Credit Card | J |
| 2. Westside School | Tuition | J |
| 3. Seattle Prepatory Academy | Tuition | J |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alston, Christopher M. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. BlackRock Muni Inc Qty Trust (BYM) Closed-End Fund | A | Dividend | | | Sold | 07/10/18 | J | | |
| 2. iShares Currency Hedged MSCI EAFE (HEFA) Exchange-Traded Fund | A | Dividend | J | T | | | | | |
| 3. PIMCO Low Duration Active ETF (LDUR) Exchange-Traded Fund | A | Dividend | | | Sold (part) | 07/10/18 | J | | |
| 4. | | | | | Sold | 07/10/18 | K | | |
| 5. Fidelity Municipal Money Market (FTEXX) Money Market Fund | A | Dividend | | | Sold | 07/10/18 | J | | |
| 6. Fidelity® Government Cash Reserves (FDRXX) Money Market Fund | A | Dividend | K | T | | | | | |
| 7. American Beacon Bridgeway Lg Cp Val Inst (BRLVX) Open-End Fund | C | Dividend | K | T | | | | | |
| 8. American Funds Capital World Bond F1 (WBFFX) Open-End Fund | A | Dividend | | | Sold (part) | 07/10/18 | J | A | |
| 9. | | | | | Sold | 07/10/18 | J | | |
| 10. American Funds Capital World Bond F2 (BFWFX) Open-End Fund | B | Dividend | K | T | Buy (add'l) | 07/10/18 | J | | |
| 11. | | | | | Buy (add'l) | 07/10/18 | J | | |
| 12. American Funds Europacific Growth F1 (AEGFX) Open-End Fund | A | Dividend | | | Sold | 07/10/18 | J | A | |
| 13. American Funds Europacific Growth F2 (AEPFX) Open-End Fund | B | Dividend | K | T | Buy (add'l) | 07/10/18 | J | | |
| 14. Dodge & Cox Income (DODIX) Open-End Fund | A | Dividend | K | T | | | | | |
| 15. Fidelity® Contrafund® (FCNTX) Open-End Fund | B | Dividend | K | T | Sold (part) | 07/10/18 | K | | |
| 16. Fidelity® Interm Muni Inc (FLTMX) Open-End Fund | A | Dividend | K | T | | | | | |
| 17. Fidelity® International Index Premium (FSIVX) Open-End Fund | A | Dividend | | | Sold (part) | 07/10/18 | J | B | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alston, Christopher M. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | | | | | Merged<br>(with line 59) | 11/02/18 | J | | |
| 19. Harbor International Institutional (HAINX)<br>Open-End Fund | | None | | | Sold | 07/10/18 | K | D | |
| 20. Harbor International Investor (HIINX)<br>Open-End Fund | | None | | | Sold | 07/10/18 | J | A | |
| 21. Loomis Sayles Bond Instl (LSBDX) Open-<br>End Fund | B | Dividend | K | T | | | | | |
| 22. Loomis Sayles Bond Retail (LSBRX) Open-<br>End Fund | A | Dividend | J | T | Buy<br>(add'l) | 07/10/18 | J | | |
| 23. Merger Institutional (MERIX) Open-End<br>Fund | B | Dividend | K | T | | | | | |
| 24. Merger Investor (MERFX) Open-End Fund | A | Dividend | J | T | | | | | |
| 25. Metropolitan West Total Return Bd I<br>(MWTIX) Open-End Fund | B | Dividend | K | T | Buy<br>(add'l) | 07/10/18 | J | | |
| 26. Metropolitan West Total Return Bd M<br>(MWTRX) Open-End Fund | A | Dividend | J | T | Buy<br>(add'l) | 07/10/18 | J | | |
| 27. Northern Small Cap Value (NOSGX) Open-<br>End Fund | B | Dividend | K | T | Sold<br>(part) | 07/10/18 | J | A | |
| 28. Oppenheimer Developing Markets Y<br>(ODVYX) Open-End Fund | | None | | | Sold<br>(part) | 07/10/18 | J | D | |
| 29. | | | | | Sold | 07/10/18 | K | | |
| 30. PIMCO CommoditiesPLUS® Strategy D<br>(PCLDX) Open-End Fund | A | Dividend | | | Merged<br>(with line 65) | 03/26/18 | J | | |
| 31. PIMCO CommoditiesPLUS® Strategy Instl<br>(PCLIX) Open-End Fund | C | Dividend | K | T | | | | | |
| 32. PIMCO Commodity Real Ret Strat D<br>(PCRDX) Open-End Fund | | None | | | Merged<br>(with line 66) | 03/26/18 | J | | |
| 33. PIMCO Commodity Real Ret Strat Instl<br>(PCRIX) Open-End Fund | A | Dividend | J | T | | | | | |
| 34. Royce Total Return Invmt (RYTRX) Open-<br>End Fund | B | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alston, Christopher M. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. T. Rowe Price High Yield Adv (PAHIX) Open-End Fund | A | Dividend | J | T | | | | | |
| 36. T. Rowe Price International Discovery (PRIDX) Open-End Fund | B | Dividend | K | T | Sold (part) | 07/10/18 | J | B | |
| 37. T. Rowe Price Real Estate (TRREX) Open-End Fund | B | Dividend | K | T | Buy (add'l) | 07/10/18 | J | | |
| 38. Templeton Global Bond Adv (TGBAX) Open-End Fund | C | Dividend | K | T | Buy (add'l) | 07/10/18 | J | | |
| 39. Vanguard Inflation-Protected Secs Inv (VIPSX) Open-End Fund | A | Dividend | J | T | | | | | |
| 40. Berkshire Hathaway Inc B (BRK.B) Stock | | None | K | T | | | | | |
| 41. CA Scholarshare 529 Plan Passive Age-Based Portfolio 11-12 | | None | J | T | | | | | |
| 42. CA Scholarshare 529 Plan Passive Diversified Equity Portfolio | | None | J | T | | | | | |
| 43. iPath® S&P 500 VIX ST Futures™ ETN (VXX) | | None | | | Sold (part) | 02/06/18 | J | B | |
| 44. | | | | | Buy (add'l) | 07/12/18 | J | | |
| 45. | | | | | Buy (add'l) | 08/07/18 | J | | |
| 46. | | | | | Sold (part) | 10/26/18 | J | | |
| 47. | | | | | Sold (part) | 12/20/18 | J | | |
| 48. | | | | | Sold | 12/26/18 | J | | |
| 49. American Beacon Bridgeway Lg Cp Val Y (BWLYX) Open-End Fund | A | Dividend | J | T | Sold (part) | 07/10/18 | J | A | |
| 50. iShares 0-5 Year TIPS Bond ETF (STIP) | A | Dividend | J | T | | | | | |
| 51. iShares Russell 2000 Growth ETF (IWO) | A | Dividend | K | T | Sold (part) | 07/10/18 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alston, Christopher M. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Fidelity® Large Cap Growth Idx Prm (FSUPX) Open-End Fund | A | Dividend | | | Sold (part) | 07/10/18 | J | B | |
| 53. | | | | | Merged (with line 67) | 11/09/18 | J | | |
| 54. PIMCO Short-Term Instl (PTSHX) Open-End Fund | A | Dividend | K | T | Sold (part) | 07/10/18 | J | A | |
| 55. | | | | | Buy | 07/10/18 | J | | |
| 56. | | | | | Buy (add'l) | 07/10/18 | K | | |
| 57. Prudential High-Yield Z (PHYZX) Open-End Fund | B | Dividend | K | T | Buy (add'l) | 07/10/18 | J | | |
| 58. Vanguard Global ex-US Real Est ETF (VNQI) | B | Dividend | K | T | Buy (add'l) | 07/10/18 | J | | |
| 59. Fidelity® International Index (FSPSX) (X) Open-End Fund | A | Dividend | J | T | | | | | |
| 60. T. Rowe Price Overseas Stock (TROSX) Open-End Fund | A | Dividend | K | T | Buy | 07/10/18 | K | | |
| 61. Goldman Sachs Em Mkts Eq Insghts Intl (GERIX) Open-End Fund | A | Dividend | K | T | Buy | 07/10/18 | K | | |
| 62. T. Rowe Price Emerging Markets Stock (PRMSX) Open-End Fund | A | Dividend | J | T | Sold (part) | 08/22/18 | J | | |
| 63. Pioneer Short Term Income Y (PSHYX) Open-End Fund | A | Dividend | K | T | Buy | 07/10/18 | J | | |
| 64. | | | | | Buy (add'l) | 07/10/18 | K | | |
| 65. PIMCO CommoditiesPLUS® Strategy A (PCLAX) Open-End Fund | | None | | | Sold | 07/10/18 | J | | |
| 66. PIMCO Commodity Real Ret Strat A (PCRAX) Open-End Fund | | None | | | Sold | 07/10/18 | J | | |
| 67. Fidelity® Large Cap Growth Idx (FSPGX) (X) Open-End Fund | A | Dividend | K | T | | | | | |
| 68. T. Rowe Price Blue Chip Growth (TRBCX) Open-End Fund | A | Dividend | K | T | Buy | 07/10/18 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Alston, Christopher M.** | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. BlackRock CA Muni 2018 Term (BJZ) Closed-End Fund | A | Dividend | | | Buy | 07/11/18 | K | | |
| 70. | | | | | Matured | 12/31/18 | K | A | |
| 71. Northwestern Mutual: Whole Life Policy | A | Dividend | | | Redeemed | 08/15/18 | K | E | |

| 1 | Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| | (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 | Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 | Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alston, Christopher M. | 05/14/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Alston, Christopher M. | 05/14/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Christopher M. Alston**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544